File Hashes for IP Address 108.53.124.143

**ISP:** Verizon FiOS
**Physical Location:** Belleville, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/12/2014 15:44:47 | 75F6F44501F0E0472C70A5870ABB57ACA3E1FCD2 | Awakening |
| 09/12/2014 12:33:31 | E4BE8E720C61D26AD1C4D01C44CEEFA77DF24D92 | Apertif Our Style |
| 09/12/2014 12:21:08 | F84E7BD9064DC07A14CFD0658A4F3600C3C656E1 | Blindfold Me Part #2 |
| 09/12/2014 02:50:05 | 02744D186E0956E552C9AD10D76F915C46AA2D0C | Chloe Loves Carl Part 2 |
| 09/12/2014 02:48:03 | 36E350AC2A4B2CEEBF3939C8A5154EB2F4EB0A7D | Fantasy Come True |
| 09/12/2014 02:46:24 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |
| 09/12/2014 02:46:07 | 8E13B1D31DA1BAF795D7DB2A31ABDB02F70B745A | In for the Night |
| 09/12/2014 02:46:05 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 09/11/2014 20:10:43 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 09/11/2014 20:02:26 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 09/11/2014 20:00:34 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 09/11/2014 19:48:32 | 7A4995CAD71D31FF581945E35ABE694C7EDE32DC | Paint Me White |
| 09/11/2014 19:27:30 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 09/11/2014 19:15:12 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 09/11/2014 19:06:25 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 09/11/2014 18:58:34 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 09/11/2014 18:50:01 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 09/11/2014 18:45:04 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 08/20/2014 01:35:59 | 04FE967397FD51371CC00205995EBA33615F96B8 | Elevated Erotica |
| 07/09/2014 20:36:56 | A7655F94C8A103E73DC6552897CCF623A3E88D7D | Lovers Way |
| 07/09/2014 19:14:42 | CA0882920C0B67C717D12240EC254EE8E76C3E22 | Come Close |
| 07/09/2014 19:10:10 | E701CAB5BCC8126DEB85DFE019E2E6168124B60E | Tie Her Up For Me |

EXHIBIT A

CNJ175

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/09/2014 19:08:37 | 20575564BE7412871171774048F19C75EFF77DFC | Coming Late |
| 07/09/2014 02:41:26 | 6FA48A31B2C3D157D15991713522BAB38C6AABA7 | Only The Lonely |
| 07/09/2014 02:26:40 | 66FC06DFFE0813C23F4BA7D569AB95F64D382283 | Sexy In The City |
| 05/05/2014 01:16:39 | 5FA537218464F311E24D70C032A1F1B415240B4D | Floating Emotions |
| 04/30/2014 11:15:32 | 16DF14D774B3DF3C300F7EDF0228503F451FF913 | Tantric Massage |
| 04/21/2014 03:07:14 | 95B76C3F088368AA2774C94BD51954F4FD540B94 | Not Alone |
| 04/21/2014 02:12:11 | F4170A9A6E64EFB130BEAC898DA7CC4C140618D9 | Rendezvous |
| 10/03/2013 02:18:29 | 4842644E88162527E5D4D8B101BCE619983190F4 | Raw Passion |

**Total Statutory Claims Against Defendant: 30**

EXHIBIT A

CNJ175